CAMPBELL *v.* HAUGHTON ELEVATOR & MACHINE CO.

APPEAL AND ERROR—DAMAGES—FAILURE TO SUBMIT PRESENT WORTH
    OF FUTURE EARNINGS AND PAIN AND SUFFERING GOES ONLY TO
    AMOUNT OF JUDGMENT—REMITTITUR CURES ERROR.
    Error of the trial judge, in a personal injury action, in
        failing to instruct the jury that they should find the
        present worth of plaintiff's future earnings and future
        pain and suffering, goes only to the amount of the judg-
        ment, and where the Supreme Court is satisfied that the
        ends of justice will be served by requiring a remittitur of
        a stated amount, such course will be taken.[1]

Error to Wayne; La Joie (Ernest P.), J.    Sub-
mitted October 21, 1925.    (Docket No. 82.)    Decided
December 22, 1925.    Motion for rehearing submitted
February 17, 1926.    Denied conditionally June 7,
1926.

Case by Aldon Campbell against the Haughton
Elevator & Machine Company for personal injuries.
Judgment for plaintiff.    Defendant brings error.
Affirmed, conditionally.

*Anderson, Wilcox, Lacy & Lawson* (*Ward H. Peck,*
of counsel), for appellant.

*S. Homer Ferguson,* for appellee.

PER CURIAM.    A motion for rehearing has been filed
in this case.    We have carefully considered it and
are not persuaded that any of the questions decided
in the former opinion (233 Mich. 157) should be again
considered.    There is a question not decided in the
former opinion which, however, demands considera-
tion.    The trial judge failed to instruct the jury that
they should find the present worth of plaintiff's future

[1]Appeal and Error, 4 C. J. § 3150.

earnings and future pain and suffering.   The attention of the court was called to this failure in the motion for a new trial, together with other matters. We held that defendant had not saved to itself the benefit of that motion and we so hold now.   But upon a re-examination of the record, we are satisfied that this particular question was saved by the 34th assignment of error.   This error, however, only goes to the amount of the judgment and where we are satisfied to a moral certainty that the ends of justice will be served by requiring a remittitur of a stated amount, such course will be taken.   *Gallagher* v. *Monroe,* 222 Mich. 202; *Sweeney* v. *Moreland Bros. Co.,* 227 Mich. 203; *Gwitt* v. *Foss,* 230 Mich. 8; *Nagi* v. *Railway,* 231 Mich. 452; *Gleason* v. *Lowe,* 232 Mich. 300.   We are satisfied in the instant case.   If plaintiff will remit the sum of $750 from the judgment within 30 days a rehearing will be denied, without costs of the motion. If not, a rehearing will be granted, with costs of the motion.